**DYNAVOX INC.**
**BOARD OF DIRECTOR'S UNANIMOUS WRITTEN CONSENT**
**AUTHORIZING THE FILING OF A BANKRUPTCY**
**PROCEEDINGS AND RELATED MATTERS**

April 4, 2014

In accordance with Section 141(f) of the General Corporation Law of the State of Delaware and the Bylaws of DynaVox Inc., a Delaware corporation (the "Company"), the undersigned, constituting all of the members of the Board of Directors of the Company (the "Board"), hereby adopt the following resolutions by written consent:

WHEREAS, the Board has considered the financial and operational conditions of the Company's business;

WHEREAS, the Board has reviewed, considered and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**Restructuring Matters**

NOW, THERFORE, IT IS HEREBY RESOLVED, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders and other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Petition") and the filing of such Petition be, and it hereby is, authorized in all respects.

FURTHER RESOLVED, that Erin L. Russell is appointed as authorized signatory and representative in connection with the bankruptcy proceedings authorized herein (the "Authorized Representative").

FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered on behalf of the Company to execute and verify a Petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Representative shall determine.

FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which she deems necessary and proper in connection with the bankruptcy case.

FURTHER RESOLVED, that the law firms of Genovese Joblove & Battista P.A. and Cousins Chipman & Brown, LLP, be, and they hereby are, employed to render legal services to, and to represent, the Company in connection with the bankruptcy case and any other related matters in connection therewith, on such terms as the Authorized Representative shall approve.

FURTHER RESOLVED, that the Authorized Representative be, and hereby is, authorized, directed, and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

FURTHER RESOLVED, that, in its capacity as the Managing Member of DynaVox Systems Holdings LLC, the Company adopts, approves, authorizes and ratifies the resolutions substantially in the form attached hereto as Exhibit A hereto in all respects; and that the actions contemplated by such resolutions are approved and ratified; and that the Authorized Representative is authorized, empowered and directed, on behalf of the Company in its capacity as Managing Member of DynaVox Systems Holdings LLC, to execute and deliver such resolutions in substantially the form attached hereto as Exhibit A, with such changes as the Authorized Representative may by her execution approve (as so executed and delivered, the "Managing Member Resolutions"), the execution and delivery of the Managing Member Resolutions by the Authorized Representative to be conclusive evidence that the same has been authorized and approved by the Board.

**General Authorization**

RESOLVED, that the Authorized Representative be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company and in the name and on behalf of the Company acting in its role as Manager of DynaVox Systems Holdings LLC, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and when necessary or appropriate, file or cause to be filed with the appropriate governmental authorities or otherwise, all such further agreements, documents, reports, certificates and undertakings and any amendments, supplements or modifications thereto; and to incur and to pay all such fees and expenses and to engage such persons as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Representative in connection with the bankruptcy case, or any further action to seek relief on behalf of the Company under the Bankruptcy Code, or in connection with the bankruptcy case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, the undersigned have executed this consent in one or more counterparts as of the date set forth above and such consent shall be filed with the minutes of the meetings of the Board of Directors of the Company and shall be treated for all purposes as action taken at a meeting of the Board of Directors of the Company.

**\*\*Signatures appear on next page\*\***

_____
Erin L. Russell
DIRECTOR



_____
William E. Mayer
DIRECTOR



_____
James W. Liken
DIRECTOR



_____
Michael J. Herling
DIRECTOR



_____
Michael N. Hammes
DIRECTOR



_____
Michael J. Regan
DIRECTOR

_____
Erin L. Russell
DIRECTOR

*/s/ William E. Mayer*
_____
William E. Mayer
DIRECTOR

_____
James W. Liken
DIRECTOR

_____
Michael J. Herling
DIRECTOR

_____
Michael N. Hammes
DIRECTOR

_____
Michael J. Regan
DIRECTOR

_____
Erin L. Russell
DIRECTOR


_____
William E. Mayer
DIRECTOR


_____/s/ James W. Liken_____
James W. Liken
DIRECTOR


_____
Michael J. Herling
DIRECTOR


_____
Michael N. Hammes
DIRECTOR

_____
Erin L. Russell
DIRECTOR


_____
William E. Mayer
DIRECTOR


_____
James W. Liken
DIRECTOR


*Michael J. Her* (signature)
_____
Michael J. Herling
DIRECTOR


_____
Michael N. Hammes
DIRECTOR


_____
Michael J. Regan
DIRECTOR

_____
Erin L. Russell
DIRECTOR



_____
William E. Mayer
DIRECTOR



_____
James W. Liken
DIRECTOR



_____
Michael J. Herling
DIRECTOR



_____
*/s/ Michael N. Hammes*
Michael N. Hammes
DIRECTOR



_____
Michael J. Regan
DIRECTOR

_____
Erin L. Russell
DIRECTOR


_____
William E. Mayer
DIRECTOR


_____
James W. Liken
DIRECTOR


_____
Michael J. Herling
DIRECTOR


_____
Michael N. Hammes
DIRECTOR


_/s/ Michael J. Regan_____
Michael J. Regan
DIRECTOR

Exhibit A
Resolutions of DynaVox Systems Holdings LLC

**DYNAVOX SYSTEMS HOLDINGS LLC**
**ACTION BY WRITTEN CONSENT OF MANAGING MEMBER**
**AUTHORIZING THE FILING OF A BANKRUPTCY PROCEEDING**

April 4, 2014

      The undersigned, being the Managing Member of DynaVox Systems Holdings LLC, a Delaware limited liability company ("Holdings" or the "Company"), acting without a meeting pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act, hereby takes the following actions by written consent without a meeting. Unless otherwise stated herein, capitalized terms shall have the meanings given to them in the currently effective Limited Liability Company Agreement of the Company:

      WHEREAS, the Managing Member has considered the financial and operational conditions of the Company's business;

      WHEREAS, the Managing Member has reviewed, considered and received the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

## Restructuring Matters

      RESOLVED, that after consideration of the alternatives presented to it and the advice of the Company's professionals and advisors, the Managing Member has determined in its business judgment that it is in the best interest of the Company, its members, its creditors and other interested parties and stakeholders that a voluntary petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Petition"), and the filing of such Petition be, and it hereby is, authorized in all respects.

      FURTHER RESOLVED, that Erin Russell hereby is appointed as authorized signatory and representative in connection with the bankruptcy proceedings authorized herein (the "Authorized Representative").

      FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered on behalf of the Company to execute and verify a Petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Representative shall determine.

      FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which she deems necessary and proper in connection with the bankruptcy case.

FURTHER RESOLVED, that the law firms of Genovese Joblove & Battista P.A. and Cousins Chipman & Brown, LLP, be, and they hereby are, employed to render legal services to, and to represent, the Company in connection with the bankruptcy case and any other related matters in connection therewith, on such terms as the Authorized Representative shall approve.

FURTHER RESOLVED, that the Authorized Representative be, and hereby is, authorized, directed, and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

**General Authorization**

RESOLVED, that the Authorized Representative be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company and in the name and on behalf of the Company as sole member of DynaVox Intermediate LLC, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and when necessary or appropriate, file or cause to be filed with the appropriate governmental authorities or otherwise, all such further agreements, documents, reports, certificates and undertakings and any amendments, supplements or modifications thereto; and to incur and to pay all such fees and expenses and to engage such persons as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Representative in connection with the bankruptcy case, or any further action to seek relief on behalf of the Company under the Bankruptcy Code, or in connection with the bankruptcy case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**\*\*Signatures appear on next page\*\***

IN WITNESS WHEREOF, the undersigned, being the managing member of the Company, hereby approves and adopts these resolutions as of the date set forth above.

**DynaVox Inc.,**
a Delaware corporation, managing member

By: _____
      ERIN RUSSELL, as Authorized Representative
      and not individually