# United States Bankruptcy Court
### District of Delaware

In re   **DynaVox Inc.**                                                    ,       Case No. _____
                                    Debtor
                                                                                     Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amy Dodrill<br>371 Midway Road<br>Pittsburgh, PA 15216 | Class A | 8,678 | Common Stock |
| Anthony Pavlik<br>212 Crescent Dr.<br>Lower Burrell, PA 15068 | Class A | 20,837 | Common Stock |
| Augie Nieto<br>3601 Ocean Blvd<br>Corona Del Mar, CA 92625 | Class A | 14,051 | Common Stock |
| Augustine L Nieto &<br>Lynne Bransford Nieto Rev Tr<br>3601 Ocean Blvd<br>Corona Del Mar, CA 92625 | Class A | 13,336 | Common Stock |
| Bill Moore<br>106A Heathercroft Dr<br>Cranberry Twp, PA 16066 | Class A | 21,210 | Common Stock |
| BKC DVSH Blocker, Inc.<br>40 East 52nd Street<br>New York, NY 10022 | Class A | 272,368 | Common Stock |
| Bob Culhane<br>103 Thousand Oaks Dr<br>Pittsburgh, PA 15244 | Class A | 185,995 | Common Stock |
| Bob Cunningham<br>5703 King of Arms Dr<br>Gibsonia, PA 15044 | Class A | 445,053 | Common Stock |
| Brian Donnelly<br>7 Alford Ct<br>Palm Beach Gardens, FL 33418 | Class A | 43,139 | Common Stock |
| Bryan Moulton<br>247 Pine Hill Rd<br>Spencerport, NY 14559 | Class A | 82,863 | Common Stock |
| Cede & Co<br>c/o DTCC - Transfer Op Dept<br>570 Washington Blvd Fl 1<br>Jersey City, NJ 08857 | Class A | 11,168,379 | Common Stock |

___4___ continuation sheets attached to List of Equity Security Holders

In re  **DynaVox Inc.**                                   Case No. _____
                         Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Craig Baldassare<br>331 Valleybrook Rd<br>Canonsburg, PA 15317 | Class A | 21,271 | Common Stock |
| Dan Sweeney<br>1017 N Euclid Ave<br>Pittsburgh, PA 15206 | Class A | 9,035 | Common Stock |
| Dave Holtschlag<br>115 Crescent Dr<br>Pittsburgh, PA 15228-1005 | Class A | 5,000 | Common Stock |
| David Broz<br>4656 Forest Trail Lane<br>Liberty Tship, OH 45011 | Class A | 11,301 | Common Stock |
| Edward Donnelly<br>1104 Midwest Club<br>Oak Brook, IL 60523 | Class A | 1,719,028 | Common Stock |
| Evan Marks<br>43 West 64th Street<br>Apt 4B<br>New York, NY 10023 | Class A | 34,182 | Common Stock |
| Frank Sellman<br>247 W 87th St<br>Apt 4G<br>New York, NY 10024 | Class A | 7,291 | Common Stock |
| Greg Lesher<br>2 High Rock Lane<br>South Hamilton, MA 01982 | Class A | 117,763 | Common Stock |
| James A Mills<br>2930 Filbert Drive<br>Walnut Creek, CA 94598 | Class A | 45,711 | Common Stock |
| James Gentry Hughes<br>3006 Meadow Farms Pl<br>Louisville, KY 40245-5605 | Class A | 37,500 | Common Stock |
| Jeff Holt<br>1732 Briarwood Lane<br>Pittsburgh, PA 15239 | Class A | 11,210 | Common Stock |
| Jim Liken<br>5 Deer Spring Lane<br>Pittsburgh, PA 15238 | Class A | 105,629 | Common Stock |

Sheet __1__ of __4__ continuation sheets attached to the List of Equity Security Holders

In re  **DynaVox Inc.**                                           Case No. _____
                              Debtor                        ,

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jim Shea<br>192 Springmeadow Dr<br>Pittsburgh, PA 15241 | Class A | 93,645 | Common Stock |
| Joann A Reed<br>205 Tuttle Ave<br>Spring Lake, NJ 07762 | Class A | 13,336 | Common Stock |
| John Gragnani<br>1081 Summit Oaks Dr<br>Watkinsville, GA 30677 | Class A | 2,266 | Common Stock |
| Kathy Campbell<br>4198 Oakridge Drive<br>Allison Park, PA 15101 | Class A | 237 | Common Stock |
| Ken Misch<br>103 Radcliff Drive<br>Pittsburgh, PA 15237 | Class A | 47,583 | Common Stock |
| Larry Stephens<br>4 Pacers Ridge Dr<br>Canonsburg, PA 15317 | Class A | 105,863 | Common Stock |
| Lisa Kehoe<br>665 Harwood Drive<br>Des Moines, IA 50312 | Class A | 9,965 | Common Stock |
| Lori Geist<br>6309 Crombie St<br>Pittsburgh, PA 15217-2510 | Class A | 6,250 | Common Stock |
| Mark Bailey<br>528 Weyman Rd<br>Pittsburgh, PA 15236-1537 | Class A | 15,765 | Common Stock |
| Michael Hammes<br>PO Box 1358<br>5259 La Glorieta<br>Rancho Santa Fe, CA 90267 | Class A | 13,336 | Common Stock |
| Michael J Regan<br>14 Brenner Pl<br>Demarest, NJ 07627-1303 | Class A | 12,804 | Common Stock |
| Michael Rogers<br>123 Brave Run Road<br>McMurray, PA 15317 | Class A | 16,965 | Common Stock |

Sheet __2__ of __4__ continuation sheets attached to the List of Equity Security Holders

In re  DynaVox Inc.                                           Case No. _____
                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michelle Wilver<br>12 Richmond Cir<br>Lexington, MA 02421-6542 | Class A | 415,385 | Common Stock |
| Mike Herling<br>91 Five Mile River Rd<br>Darien, CT 06820 | Class A | 26,521 | Common Stock |
| Nancy Booth<br>116 Woodland Rd<br>Pittsford, NY 14534 | Class A | 4,910 | Common Stock |
| Nancy J. Millet<br>11 Courtenay Circle<br>Pittsford, NY 14534 | Class A | 18,956 | Common Stock |
| New York Life Capital Partners, L.P.<br>51 Madison Ave<br>16th FL<br>New York, NY 10010 | Class A | 783,158 | Common Stock |
| New York Life Investment Management Mezz<br>51 Madison Ave<br>16th FL<br>New York, NY 10010 | Class A | 308,280 | Common Stock |
| NYLIM Mezzanine Partners Parallel Fund,<br>51 Madison Ave<br>16th FL<br>New York, NY 10010 | Class A | 142,278 | Common Stock |
| Park Avenue Equity Partners, L.P.<br>1 East 52nd St, 3rd FL<br>New York, NY 10022 | Class A | 1,898,019 | Common Stock |
| Paul Peake<br>702 Versailles Pkwy<br>Oswego, IL 60543 | Class A | 16,965 | Common Stock |
| Raymond Merk<br>3192 Vincent Dr<br>Seven Hills, OH 44131-6252 | Class A | 19,620 | Common Stock |
| Richard Ellenson<br>360 E 88th St #21A<br>New York, NY 10128 | Class B | 1 share | Common Stock |
| Richard Mangene<br>122 Stafford Ct<br>Pittsburgh, PA 15237-1080 | Class A | 5,000 | Common Stock |

Sheet __3__ of __4__ continuation sheets attached to the List of Equity Security Holders

In re  **DynaVox Inc.**                                                                                                     Case No. _____

                                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert Geenen<br>958 Forest Tree Ct<br>Appleton, WI 54914 | Class A | 85,610 | Common Stock |
| Robert Todd Tyler<br>3363 Old Concord Rd SE<br>Smyrna, GA 30082 | Class A | 53,359 | Common Stock |
| Rodney Kight<br>2600 E. Cary St, #4131<br>Richmond, VA 23223 | Class A | 2,225 | Common Stock |
| Roger Holstein<br>240 Riverside Blvd<br>Apt 25B<br>New York, NY 10069 | Class A | 13,544 | Common Stock |
| Spencer Miller<br>43 Canter Drive<br>Sewickley, PA 15143 | Class A | 16,965 | Common Stock |
| V.C.D. Investors, LLC<br>245 Park Avenue<br>41st Floor<br>New York, NY 10167 | Class A | 216,503 | Common Stock |
| Vestar Capital Partners IV, L.P.<br>245 Park Avenue<br>41st Floor<br>New York, NY 10167 | Class A | 11,323,465 | Common Stock |

Sheet __4__ of __4__ continuation sheets attached to the List of Equity Security Holders

In re    **DynaVox Inc.**                                                Case No. _____

Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 6, 2014**                        Signature    /s/ Erin L. Russell

**Erin L. Russell**
**Authorized Representative**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.