B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   <u>DynaVox Inc.</u>                                   Case No. _____

                                         Debtor(s)              Chapter     <u>11</u>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Deloitte Tax LLP**<br>**2500 One PPG Place**<br>**Pittsburgh, PA 15222** | **Deloitte Tax LLP**<br>**2500 One PPG Place**<br>**Pittsburgh, PA 15222** | **Tax Preparation Services** | | 65,000.00 |
| **SS&G, Inc.**<br>**301 Springside Drive**<br>**Akron, OH 44333** | **SS&G, Inc.**<br>**301 Springside Drive**<br>**Akron, OH 44333** | **Accounting Services** | | 10,000.00 |
| **Bulger Partners LLC**<br>**312 Stuart Street**<br>**Boston, MA 02116** | **Bulger Partners LLC**<br>**312 Stuart Street**<br>**Boston, MA 02116** | **Investment Banking Services** | | Unknown |
| **Bureau of Labor**<br>**Law Compliance**<br>**PA Dept of Labor & Industry**<br>**c/o Chief Counsel**<br>**Harrisburg, PA 17104-2501** | **Bureau of Labor**<br>**Law Compliance**<br>**PA Dept of Labor & Industry**<br>**Harrisburg, PA 17104-2501** | | | Unknown |
| **Bureau of Workers Comp**<br>**PA Dept of Labor & Industry**<br>**Office of Chief Counsel**<br>**1171 S. Cameron Street**<br>**Harrisburg, PA 17104-2501** | **Bureau of Workers Comp**<br>**PA Dept of Labor & Industry**<br>**Office of Chief Counsel**<br>**Harrisburg, PA 17104-2501** | | | Unknown |
| **Delaware Dept of State**<br>**Division of Cor**<br>**POB 898**<br>**Dover, DE 19903** | **Delaware Dept of State**<br>**Division of Cor**<br>**POB 898**<br>**Dover, DE 19903** | | | Unknown |
| **Delaware Division of Rev**<br>**8th Floor**<br>**820 N. French St**<br>**Wilmington, DE 19801** | **Delaware Division of Rev**<br>**8th Floor**<br>**820 N. French St**<br>**Wilmington, DE 19801** | | | Unknown |
| **Pennsylvania Department**<br>**of Revenue**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946** | **Pennsylvania Department**<br>**of Revenue**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946** | | | Unknown |
| **Ropes & Gray LLP**<br>**Prudential Tower**<br>**800 Boylston St**<br>**Boston, MA 02199** | **Ropes & Gray LLP**<br>**Prudential Tower**<br>**800 Boylston St**<br>**Boston, MA 02199** | **Legal Services** | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  **DynaVox Inc.**                                                    Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Unemployment Compensation<br>Dept of Labor & Industry<br>Office of Chief Counsel, 10th FL<br>301 5th Ave, Suite 230<br>Pittsburgh, PA 15222 | Unemployment Compensation<br>Dept of Labor & Industry<br>Office of Chief Counsel, 10th FL<br>Pittsburgh, PA 15222 | | | Unknown |
| Unemployment Compensation<br>Tax Matters<br>Office of Chief Counsel<br>301 5th Ave, Suite 230<br>Pittsburgh, PA 15222 | Unemployment Compensation<br>Tax Matters<br>Office of Chief Counsel<br>Pittsburgh, PA 15222 | | | Unknown |
| Wells Fargo<br>Shareholder Services<br>Attn:  Tracie L Balach<br>6012 Hawthorn Drive<br>Coraopolis, PA 15108 | Wells Fargo<br>Shareholder Services<br>Attn:  Tracie L Balach<br>Coraopolis, PA 15108 | Transfer Agent | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   __DynaVox Inc.__ _____     Case No. _____

                                        Debtor(s)      Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __April 6, 2014__ _____      Signature   _/s/ Erin L. Russell_____

                                                **Erin L. Russell**
                                                **Authorized Representative**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.