DYNAVOX INC.
2100 WHARTON STREET
SUITE 400
PITTSBURGH, PA 15203

BRIAN DONNELLY
7 ALFORD CT
PALM BEACH GARDENS, FL 33418

DELAWARE DEPT OF STATE
DIVISION OF COR
POB 898
DOVER, DE 19903

BRYAN MOULTON
247 PINE HILL RD
SPENCERPORT, NY 14559

DELAWARE DIVISION OF REV
8TH FLOOR
820 N. FRENCH ST
WILMINGTON, DE 19801

AMY DODRILL
371 MIDWAY ROAD
PITTSBURGH, PA 15216

BULGER PARTNERS LLC
312 STUART STREET
BOSTON, MA 02116

DELOITTE TAX LLP
2500 ONE PPG PLACE
PITTSBURGH, PA 15222

ANTHONY PAVLIK
212 CRESCENT DR.
LOWER BURRELL, PA 15068

BUREAU OF LABOR
LAW COMPLIANCE
PA DEPT OF LABOR & INDUSTRY
C/O CHIEF COUNSEL
HARRISBURG, PA 17104-2501

DYNAVOX SERVICES LLC
2100 WHARTON ST
SUITE 400
PITTSBURGH, PA 15203

AUGIE NIETO
3601 OCEAN BLVD
CORONA DEL MAR, CA 92625

BUREAU OF WORKERS COMP
PA DEPT OF LABOR & INDUSTRY
OFFICE OF CHIEF COUNSEL
1171 S. CAMERON STREET
HARRISBURG, PA 17104-2501

DYNAVOX SYSTEMS INC.
2100 WHARTON ST
SUITE 400
PITTSBURGH, PA 15203

AUGUSTINE L NIETO &
LYNNE BRANSFORD NIETO REV TR
3601 OCEAN BLVD
CORONA DEL MAR, CA 92625

CEDE & CO
C/O DTCC - TRANSFER OP DEPT
570 WASHINGTON BLVD FL 1
JERSEY CITY, NJ 08857

DYNAVOX SYSTEMS LLC
2100 WHARTON ST
SUITE 400
PITTSBURGH, PA 15203

BILL MOORE
106A HEATHERCROFT DR
CRANBERRY TWP, PA 16066

CRAIG BALDASSARE
331 VALLEYBROOK RD
CANONSBURG, PA 15317

EDWARD DONNELLY
1104 MIDWEST CLUB
OAK BROOK, IL 60523

BKC DVSH BLOCKER, INC.
40 EAST 52ND STREET
NEW YORK, NY 10022

DAN SWEENEY
1017 N EUCLID AVE
PITTSBURGH, PA 15206

EVAN MARKS
43 WEST 64TH STREET
APT 4B
NEW YORK, NY 10023

BOB CULHANE
103 THOUSAND OAKS DR
PITTSBURGH, PA 15244

DAVE HOLTSCHLAG
115 CRESCENT DR
PITTSBURGH, PA 15228-1005

FINRA
1735 K STREET
WASHINGTON, DC 20006

BOB CUNNINGHAM
5703 KING OF ARMS DR
GIBSONIA, PA 15044

DAVID BROZ
4656 FOREST TRAIL LANE
LIBERTY TSHIP, OH 45011

FRANK SELLMAN
247 W 87TH ST
APT 4G
NEW YORK, NY 10024

GREG LESHER
2 HIGH ROCK LANE
SOUTH HAMILTON, MA 01982

LARRY STEPHENS
4 PACERS RIDGE DR
CANONSBURG, PA 15317

NANCY J. MILLET
11 COURTENAY CIRCLE
PITTSFORD, NY 14534

JAMES A MILLS
2930 FILBERT DRIVE
WALNUT CREEK, CA 94598

LISA KEHOE
665 HARWOOD DRIVE
DES MOINES, IA 50312

NEW YORK LIFE
CAPITAL PARTNERS, L.P.
51 MADISON AVE
16TH FL
NEW YORK, NY 10010

JAMES GENTRY HUGHES
3006 MEADOW FARMS PL
LOUISVILLE, KY 40245-5605

LORI GEIST
6309 CROMBIE ST
PITTSBURGH, PA 15217-2510

NEW YORK LIFE INVESTMENT
MANAGEMENT MEZZ
51 MADISON AVE
16TH FL
NEW YORK, NY 10010

JEFF HOLT
1732 BRIARWOOD LANE
PITTSBURGH, PA 15239

MARK BAILEY
528 WEYMAN RD
PITTSBURGH, PA 15236-1537

NYLIM MEZZANINE
PARTNERS PARALLEL FUND
51 MADISON AVE
16TH FL
NEW YORK, NY 10010

JIM LIKEN
5 DEER SPRING LANE
PITTSBURGH, PA 15238

MICHAEL HAMMES
PO BOX 1358
5259 LA GLORIETA
RANCHO SANTA FE, CA 90267

PARK AVENUE EQUITY
PARTNERS, L.P.
1 EAST 52ND ST,
3RD FL
NEW YORK, NY 10022

JIM SHEA
192 SPRINGMEADOW DR
PITTSBURGH, PA 15241

MICHAEL J REGAN
14 BRENNER PL
DEMAREST, NJ 07627-1303

PAUL PEAKE
702 VERSAILLES PKWY
OSWEGO, IL 60543

JOANN A REED
205 TUTTLE AVE
SPRING LAKE, NJ 07762

MICHAEL ROGERS
123 BRAVE RUN ROAD
MCMURRAY, PA 15317

PENNSYLVANIA DEPARTMENT
OF REVENUE
DEPARTMENT 280946
HARRISBURG, PA 17128-0946

JOHN GRAGNANI
1081 SUMMIT OAKS DR
WATKINSVILLE, GA 30677

MICHELLE WILVER
12 RICHMOND CIR
LEXINGTON, MA 02421-6542

RAYMOND MERK
3192 VINCENT DR
SEVEN HILLS, OH 44131-6252

KATHY CAMPBELL
4198 OAKRIDGE DRIVE
ALLISON PARK, PA 15101

MIKE HERLING
91 FIVE MILE RIVER RD
DARIEN, CT 06820

RICHARD MANGENE
122 STAFFORD CT
PITTSBURGH, PA 15237-1080

KEN MISCH
103 RADCLIFF DRIVE
PITTSBURGH, PA 15237

NANCY BOOTH
116 WOODLAND RD
PITTSFORD, NY 14534

ROBERT GEENEN
958 FOREST TREE CT
APPLETON, WI 54914

ROBERT TODD TYLER
3363 OLD CONCORD RD SE
SMYRNA, GA 30082

V.C.D. INVESTORS, LLC
245 PARK AVENUE
41ST FLOOR
NEW YORK, NY 10167

RODNEY KIGHT
2600 E. CARY ST, #4131
RICHMOND, VA 23223

VESTAR CAPITAL PARTNERS IV, L.P.
245 PARK AVENUE
41ST FLOOR
NEW YORK, NY 10167

ROGER HOLSTEIN
240 RIVERSIDE BLVD
APT 25B
NEW YORK, NY 10069

WELLS FARGO
SHAREHOLDER SERVICES
ATTN: TRACIE L BALACH
6012 HAWTHORN DRIVE
CORAOPOLIS, PA 15108

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON ST
BOSTON, MA 02199

SECURITIES AND EXCHANGE COMM
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281

SPENCER MILLER
43 CANTER DRIVE
SEWICKLEY, PA 15143

SS&G, INC.
301 SPRINGSIDE DRIVE
AKRON, OH 44333

UNEMPLOYMENT COMPENSATION
DEPT OF LABOR & INDUSTRY
OFFICE OF CHIEF COUNSEL, 10TH FL
301 5TH AVE, SUITE 230
PITTSBURGH, PA 15222

UNEMPLOYMENT COMPENSATION
TAX MATTERS
OFFICE OF CHIEF COUNSEL
301 5TH AVE, SUITE 230
PITTSBURGH, PA 15222

US TRUSTEE - DELAWARE
844 KING ST
SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

# United States Bankruptcy Court
## District of Delaware

In re   **DynaVox Inc.** _____     Case No. _____

                                  Debtor(s)               Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 6, 2014** _____          _Erin Russell_ _____

                                           **Erin L. Russell/Authorized Representative**
                                           Signer/Title