IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DYNAVOX INC., et al.,[1] | Case No. 14-10791 (PJW) |
| Debtors. | Joint Administration Pending |

**CORPORATE OWNERSHIP STATEMENT PURSUANT
TO RULES 1007(a)(1) AND 7007.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Dynavox Inc. (the "Debtor") in the above-captioned action, certifies that the following is a (are) corporation(s), other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s) equity interests, or states that there are no entities to report under FRBP 7007.1:

**Vestar Capital Partners IV, L.P. – 37.63% of Class A Common Stock**

Dated: April 6, 2014

DYNAVOX INC.
*Debtor and Debtor-in-Possession*

_____
Erin Russell
Authorized Representative

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) DynaVox Inc. (7281); (ii) DynaVox Intermediate LLC (****); and (iii) DynaVox Systems Holdings LLC (8157). The mailing address for the Debtors is 2100 Wharton Street, Suite 400, Pittsburgh, Pennsylvania 15203.