**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DYNAVOX INC., et al.,[1] | Case No. 14-10791 (PJW) <br> Jointly Administered |
| Debtors. | |

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )   Debtors' petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( X )   No unsecured creditor response to the United States Trustee's communication/contact for service on the committee.

( )   Insufficient response to the United States Trustee's communication/contact for service on the committee.

( )   No unsecured creditor interest.

( )   Non-operating debtor-in-possession - - No creditor interest.

( )   Application to convert to Chapter 7 or to dismiss pending.

( )   Converted or dismissed.

( )   Other

**ROBERTA A. DeANGELIS,**
**UNITED STATES TRUSTEE REGION THREE**

 /s/ *Tiiara N. A. Patton, for*
T. Patrick Tinker
Assistant United States Trustee

DATED: April 24, 2014

---

[1] The Debtors in these cases are: (i) DynaVox Inc.; (ii) DynaVox Intermediate LLC; and (iii) DynaVox Systems Holdings LLC. The mailing address for the Debtors is 2100 Wharton Street, Suite 400, Pittsburgh, Pennsylvania 15203.