IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DYNAVOX INC., *et al.*, | Case No. 14-10791 (PJW) |
| Debtors. | Jointly Administered |
| | Ref. No. _____ |

### ORDER GRANTING MOTION OF THE DEBTORS FOR AN ORDER (A) AUTHORIZING DEBTORS TO CLOSE EXISTING BANK ACCOUNTS AND OPEN NEW DEBTOR-IN-POSSESSION BANK ACCOUNTS; AND (B) PROVIDING FOR OTHER RELATED RELIEF

Upon the Motion of the Debtors for an Order (a) Authorizing Debtors to Close Existing Bank Accounts and Open New Debtor-In-Possession Bank Accounts; and (B) Providing for Other Related Relief (the "Motion"); and upon the *Declaration of Erin L. Russell in Support of Chapter 11 Petitions and First Day* [Docket No. 4] (the "Russell Declaration"); and the Court having jurisdiction to hear the Motion; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates; and sufficient cause appearing therefor, it is hereby:

ORDERED that the Debtors are authorized to (i) close the Bank Accounts, (ii) open a new DIP Bank Account for DynaVox Inc.; and (iii) transfer any funds in the Bank Accounts and the proceeds of the DIP Facility to the new DIP Bank Account; and it is further

ORDERED that PNC is authorized and directed to (i) close the Bank Account, (ii) open a new DIP Bank Account for DynaVox Inc.; (iii) recognize Erin L. Russell as the authorized representative of the Debtors with respect to the Bank Accounts and the new DIP Account and (iv) transfer any funds in the Bank Accounts to the new DIP Bank Account; and it is further

ORDERED that the Debtors shall be, and hereby are, directed to cooperate with PNC and

comply with all reasonable directions of such institution to prevent the payment of any prepetition check, the post-petition payment of which has not been specifically approved by the Court; and it is further

ORDERED that PNC is hereby authorized and required to receive, process, honor, and pay any and all checks and transfer requests evidencing amounts paid by the Debtors under this Order whether presented prior to or after the Petition Date. PNC is authorized to rely on the representations of the Debtors as to which checks are issued or authorized to be paid pursuant to this Order; and it is further

ORDERED that the Debtors may, without further order of this Court, pay to PNC in the ordinary course of business, any transactional fees which have accrued or will accrue; and it is further

ORDERED that the Debtors may, without further order of this Court, in the ordinary course of business, including, without limitation, the opening and closing of bank accounts provided that the Debtors shall provide notice of such opening or closing to the Office of the United States Trustee; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014
      Wilmington, Delaware

                                                                               Honorable Peter J. Walsh
                                                                               United States Bankruptcy Court Judge