IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DYNAVOX INC., *et al.*,[1] | Case No. 14-10791 (PJW) |
| Debtors. | Jointly Administered |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 22, 2014 AT 11:00 A.M.**

**MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of Orders (A)(i) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (ii) Scheduling a Hearing to Consider the Sale; (iii) Approving the Form and Manner of Notice of Sale By Auction; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (ii) Granting Related Relief, filed April 14, 2014 [Docket No. 41]

   Response Deadline:    May 15, 2014 at 4:00 p.m. (ET)

   Responses Received:

   A. Informal comments from the Office of the United States Trustee ("**UST**")

   Related Pleadings:

   A. Notice of Filing Bill of Sale, filed on April 29, 2014 [Docket No. 69]

   B. Order (a) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (b) Scheduling a Hearing to Consider the Sale; (c) Approving the Form and Manner of Notice of Sale by Auction; and (d) Granting Related Relief, entered May 5, 2014 [Docket No. 85]

   C. Notice of Bid Deadline, Auction, and Sale Hearing in Connection with the Sale of Substantially All of the Debtors' Assets, filed May 6, 2014 [Docket No. 88]

   **D. Notice of Baseline Bid, filed on May 20, 2014 [Docket No. 95]**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) DynaVox Intermediate LLC (****); (ii) DynaVox Inc. (7281); and (iii) DynaVox Systems Holdings LLC (8157). The mailing address for the Debtors is 2100 Wharton Street, Suite 400, Pittsburgh, Pennsylvania 15203.

[2] All amended items are in **bold**.

E. **Notice of Successful Bidder and Back-Up Bidder at Auction for Substantially All of the Debtors' Assets, filed on May 21, 2014 [Docket No. 98]**

F. **Declaration of Erin L. Russell in Support of Sale Motion, filed on May 21, 2014 [Docket No. 100]**

G. **Declaration of James S. Cassel in Support of Sale Motion, filed on May 21, 2014 [Docket 101]**

H. **Certification of Counsel, filed on May 22, 2014 [Docket 102]**

Status:  Informal comments have been received from the UST. The parties are working to resolve these issues and a revised form of Order will be submitted at the hearing. The sale hearing will go forward.

2. Motion of the Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, filed April 23, 2014 [Docket No. 61]

    Response Deadline:    May 15, 2014 at 4:00 p.m.

    Responses Received:

    A. Informal response from the UST

    Related Pleadings:

    None

    Status:  Informal comments have been received from the UST. The parties are working to resolve these issues and a revised form of Order will be submitted at the hearing. This matter will go forward.

3. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Genovese Joblove & Battista, P.A. as Counsel to the Debtors *Nunc Pro Tunc* to Petition Date, filed April 23, 2014 [Docket No. 62]

    Response Deadline:    May 15, 2014 at 4:00 p.m.

    Responses Received:

    A. Informal response of the UST

    Related Pleadings:

    A. **Supplemental Declaration of Paul J. Battista in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Genovese Joblove & Battista, P.A. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date, filed on May 20, 2014 [Docket No. 99]**

2

<u>Status</u>:  Informal comments have been received from the UST. The parties are working to resolve these issues and a revised form of Order will be submitted at the hearing. This matter will go forward.

4. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Cousins Chipman & Brown, LLP as Delaware Counsel to the Debtors *Nunc Pro Tunc* to April 6, 2014 for DynaVox Intermediate LLC, and April 7, 2014 for All Other Debtors, filed April 23, 2014 [Docket No. 63]

   <u>Response Deadline</u>:    May 15, 2014 at 4:00 p.m.

   <u>Responses Received</u>:

   A. Informal response from the UST

   <u>Related Pleadings</u>:

   None

   <u>Status</u>:  Informal comments have been received from the UST. The parties are working to resolve these issues and a revised form of Order will be submitted at the hearing. This matter will go forward.

5. Application of the Debtors for (i) Authority to Employ Cassel Salpeter & Co., LLC as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to April 28, 2014, and (ii) Waiver of Certain Information Requirements of Local Rule 2016-2, filed April 30, 2014 [Docket No. 75]

   <u>Response Deadline</u>:    May 15, 2014 at 4:00 p.m.

   <u>Responses Received</u>:

   A. Informal response from the UST

   <u>Related Pleadings</u>:

   None

<u>Status</u>:   Informal comments have been received from the UST. The parties are working to resolve these issues and a revised form of Order will be submitted at the hearing. This matter will go forward.

Dated: May 22, 2014  
      Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_____  
William E. Chipman, Jr. (No. 3818)  
Mark D. Olivere (No. 4291)  
1007 North Orange Street, Suite 1110  
Wilmington, Delaware 19801  
Telephone:   (302) 295-0191  
Facsimile:   (302) 295-0199  
Email:          chipman@cbllp.com  
                olivere@ccbllp.com

-AND-

**GENOVESE JOBLOVE & BATTISTA, P.A.**  
Paul J. Battista (Fla. Bar No. 884126)  
Heather L. Harmon (Fla. Bar No. 013192)  
100 SE 2nd Street, Suite 4400  
Miami, Florida 33131  
Telephone:   (305) 349-2300  
Facsimile:   (305) 349-2310)  
Email:          pbattista@gjb-law.com  
                hharmon@gjb-law.com

_Proposed Counsel to Debtors and Debtors-In-Possession_