# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DYNAVOX INC. | | |
| **Case Number:** | 14-10791-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MAY 22, 2014 11:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | AL LUGANO | | |

### *Matter:*

Omnibus

**R / M #:**   103 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed
#2 - Order signed
#3 - Order signed
#4 - Order signed
#5 - Order signed