## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DYNAVOX INC., *et al.*,[1] | Case No. 14-10791 (PJW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 229, 230 and 232** |

### NOTICE OF FILING OF FIRST AMENDED JOINT PLAN OF LIQUIDATION OF DYNAVOX INC., DYNAVOX SYSTEMS HOLDINGS LLC AND DYNAVOX INTERMEDIATE LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND RELATED FIRST AMENDED DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that on October 3, 2014, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Joint Plan of Liquidation of DynaVox Inc., DynaVox Intermediate LLC and DynaVox Systems Holdings LLC Under Chapter 11 of the Bankruptcy Code* (the "**Original Plan**") [Docket No. 229] and the related *Disclosure Statement for Joint Plan of Liquidation of DynaVox Inc., DynaVox Intermediate LLC and DynaVox Systems Holdings LLC Under Chapter 11 of the Bankruptcy Code* (the "**Original Disclosure Statement**") [Docket No. 230].

PLEASE TAKE FURTHER NOTICE that on November 17, 2014, the Debtors filed the *First Amended Joint Plan of Liquidation of DynaVox Inc., DynaVox Intermediate LLC and DynaVox Systems Holdings LLC Under Chapter 11 of the Bankruptcy Code* (the "**Amended Plan**") [Docket No. 260] and the related *First Amended Disclosure Statement for First Amended Joint Plan of Liquidation of DynaVox Inc., DynaVox Intermediate LLC and DynaVox Systems Holdings LLC Under Chapter 11 of the Bankruptcy Code* (the "**Amended Disclosure Statement**") [Docket No. 261].

---

[1]      The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) DynaVox Intermediate LLC (****); (ii) DynaVox Inc. (7281); and (iii) DynaVox Systems Holdings LLC (8157). The mailing address for the Debtors is 2100 Wharton Street, Suite 400, Pittsburgh, Pennsylvania 15203.

PLEASE TAKE FURTHER NOTICE that a blackline comparison of the Amended Plan against the Original Plan is attached hereto as Exhibit A and a blackline comparison of the Amended Disclosure Statement against the Original Disclosure Statement is attached hereto as Exhibit B.

Dated: November 17, 2014
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware  19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:      chipman@chipmanbrown.com
          olivere@chipmanbrown.com

-and-

Paul J. Battista
Heather L. Harmon
**GENOVESE JOBLOVE & BATTISTA P.A.**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:    (305) 349-2300
Facsimile:    (305) 349-2310
Email:      pbattista@gjb-law.com
          mschuster@gjb-law.com
          hharmon@gjb-law.com

*Counsel for the Debtors and Debtors-in-Possession*