IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DYNAVOX INC., *et al.*,[1] | Case No. 14-10791 (PJW) |
| Debtors. | Jointly Administered |
| | Ref. Nos. 229, 230, 232, 260 and 261 , *262* |

## ORDER (I) APPROVING FIRST AMENDED DISCLOSURE STATEMENT AND (II) ESTABLISHING OBJECTION DEADLINE AND SCHEDULING HEARING TO CONSIDER CONFIRMATION OF PLAN

Upon consideration of the Motion for Entry of an Order (i) Approving Disclosure Statement and (ii) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan (the "**Motion**") pursuant to §§ 105(a), 1125, and 1126 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 3018, and 3020 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and upon consideration of the First Amended Disclosure Statement for First Amended Joint Plan of Liquidation of DynaVox Inc., DynaVox Systems Holdings LLC and DynaVox Intermediate LLC Under Chapter 11 of the Bankruptcy Code (the "**Disclosure Statement**") and the Certification of Counsel; and it appearing that adequate and sufficient notice of the Motion and the hearing on the Disclosure Statement having been provided and no other or further notice need be provided, and upon the record at the hearing, and all the proceedings before the Court in these chapter 11 cases, and all objections to the Motion and the Disclosure Statement having been resolved, overruled by the Court, withdrawn or rendered moot; and following due deliberation, and just cause existing for the relief requested in the Motion:

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) DynaVox Intermediate LLC (****); (ii) DynaVox Inc. (7281); and (iii) DynaVox Systems Holdings LLC (8157). The mailing address for the Debtors is 2100 Wharton Street, Suite 400, Pittsburgh, Pennsylvania 15203.

**THE COURT HEREBY FINDS:**

A.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1234.

B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.      The Disclosure Statement contains adequate information within the meaning of section 1125 of the Bankruptcy Code.

D.      Notice of the hearing on the Disclosure Statement and the Motion was sufficient.

E.      The relief requested in the Motion is in the best interest of the Debtors, their estates and other parties in interest, and sufficient cause appearing thereof,

**NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Disclosure Statement is hereby APPROVED.

3.      As soon as practicable, but in no event later than five business days after the entry of this Order (the "**Notice Date**"), the Debtors, shall commence the noticing process by placing the notices approved in this Order in the mail, first class postage prepaid.

4.      The materials to be transmitted on or before the Notice Date to all creditors, equity interest holders and parties in interest shall include the following: (i) notice of the Confirmation Hearing and objection deadline; (ii) the Disclosure Statement; (iii) the Plan (appended to the Disclosure Statement); and (iv) the Confirmation Procedures Order. (collectively, the "**Notice Package**").

5.    The Debtors shall mail the Notice Package, first class postage prepaid, on or before the Notice Date to all Holders of Claims and Equity Interests, including but not limited to: (i) all parties listed on the schedules, or any amendments thereto, whose claim is not listed as contingent, unliquidated or disputed, or as zero or unknown; (ii) all parties who filed proofs of claim of interest in these Chapter 11 cases; and (iii) all parties listed on the Debtors' list of equity security holders.

6.    Notwithstanding anything set forth herein, the Debtors shall provide notice of the Confirmation Hearing as well as the deadline for filing objections thereto to all parties in interest as required by Bankruptcy Rule 2002.

7.    On or as soon as practicable after the Notice Date, the Debtors shall mail the Confirmation Hearing Notice to holders of claims listed on the schedules, or any amendments thereto, as contingent, unliquidated or disputed or as zero or unknown in amount who did not file proofs of claim.

8.    The hearing to consider confirmation of the Plan shall be held on **December 22, 2014, 2014 at 2:00 p.m. (Eastern Time)**, before the Honorable Peter J. Walsh, United States Bankruptcy Judge, United States Bankruptcy Court of the District of Delaware, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801, provided, however, that the hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by announcement of such an adjournment in open court.

9.    Objections (including any accompanying briefs), if any, to confirmation of the Plan or proposed modifications to the Plan must (i) be in writing, (ii) state the name and address of the objecting party and the nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection to confirmation of the Plan or proposed

modification to the Plan; and (iv) be filed, together with proof of service, so as to be **received no later than 5:00 p.m. (Eastern Time) on December 15, 2014** by the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and served on each of the following parties: (i) Counsel to the Debtors, Genovese Joblove & Battista, P.A., Attn: Paul J. Battista, Esquire, 100 SE 2nd Street, Suite 4400, Miami, FL 3313 and Chipman Brown Cicero & Cole, LLP, The Nemours Building, 1007 North Orange Street, Suite 1110, Wilmington, DE 19801, Attn: William E. Chipman, Jr., Esquire and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 2nd Floor, 844 King Street, Lockbox #35, Wilmington, DE 19801, Attn: Tiiara N. A. Patton, Esquire.

10.    Any objections to confirmation of the Plan not timely filed and served in the manner set forth above may not be considered and shall be overruled.

11.    Replies, if any, to any objection to confirmation of, or proposed modifications to, the Plan shall be filed and served so that they are actually **received no later than 4:00 p.m. (Eastern Time) on December 17, 2014** by the Court and the objecting party.

12.    The form of notice of the confirmation hearing date and objection deadline, which is attached hereto as Exhibit A, (the **"Confirmation Hearing Notice"**) is approved.    The Confirmation Hearing Notice shall be included in the Notice Packages.

13.    The Debtors are authorized to make nonsubstantive changes to the Disclosure Statement, the Plan, and related documents without further Order of the Court, including without limitation, changes to correct typographical and grammatical errors and to make conforming changes among the Disclosure Statement, the Plan and any other related materials prior to its mailing to parties in interest.

14.     The Court shall retain jurisdiction to implement, interpret, and effectuate the provisions of this Order.

Dated: _____, 2014
       Wilmington, Delaware

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge