IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DynaVox Liquidating Estates,<br><br>     Reorganized Debtors. | Chapter 11<br><br>Case No. 14-10791 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 260, 261 and 309** |

**NOTICE OF (I) NOTICE OF ENTRY OF ORDER CONFIRMING FIRST AMENDED
JOINT PLAN OF LIQUIDATION OF DEBTORS; (II) OCCURRENCE OF THE
EFFECTIVE DATE; (III) DEADLINES FOR FILING VARIOUS CLAIMS RELATED
TO THE PLAN; AND (IV) NOTICE OF DEADLINE TO FILE RENEWED REQUEST
TO RECEIVE DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2002**

**TO: ALL KNOWN HOLDERS OF PROFESSIONAL FEE CLAIMS, CLAIMS,
EQUITY INTERESTS, PARTIES TO UNEXPIRED LEASES AND EXECUTORY
CONTRACTS REJECTED PURSUANT TO THE PLAN, AND THOSE PARTIES
REQUESTING NOTICE IN ACCORDANCE WITH BANKRUPTCY RULE 2002
AND LOCAL RULE 2002-1(b)**

PLEASE TAKE NOTICE that on December 22, 2014 (the "**Confirmation Date**"), the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered the *Order Confirming First Amended Joint Plan of Liquidation of DynaVox Inc., DynaVox Systems Holdings LLC and DynaVox Intermediate LLC Under Chapter 11 of the Bankruptcy Code* (the "**Confirmation Order**") [Docket No. 309]. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the *First Amended Joint Plan of Liquidation of DynaVox Inc., DynaVox Systems Holdings LLC and DynaVox Intermediate LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 260] (the "**Plan**"), dated November 17, 2014.

PLEASE TAKE FURTHER NOTICE that all conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date of the Plan occurred on **January 16, 2015**.

PLEASE TAKE FURTHER NOTICE that Pursuant to the Plan, the Debtors' estates will continue after the Effective Date as the Liquidating Estates. The Liquidating Estates may also be known as the "DynaVox Liquidating Estates." On and after the Effective Date, all pleadings and other papers filed in the Cases shall be captioned "In re: DynaVox Liquidating Estates."

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan, Soneet R. Kapila has been appointed Liquidating Trustee under the Plan. Mr. Kapila's mailing address is 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316. Counsel for the Liquidating Trustee and their addresses are (i) Genovese Joblove & Battista P.A. (Attn.: Paul J. Battista, Esq. and

Heather L. Harmon, Esq.), 100 Southeast Second Street, 44th Floor, Miami, FL 33131; and (ii) Chipman Brown Cicero & Cole, LLP (Attn. William E. Chipman, Jr., Esq. and Mark D. Olivere, Esq.), 1007 North Orange Street, Suite 1110, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the distribution record date for cash distributions for Allowed Equity Interests under the Plan shall be January 5, 2015 (i.e., fourteen (14) days after entry of the Confirmation Order by the Bankruptcy Court) (the "**Equity Distribution Record Date**").

PLEASE TAKE FURTHER NOTICE that the Administrative Claims Bar Date for Administrative Claims arising between August 1, 2014 and the Effective Date shall be **February 15, 2015** (i.e., thirty (30) days after the mailing of notice of the Effective Date).

PLEASE TAKE FURTHER NOTICE that the deadline for any Professional asserting a Professional Fee Claim to file a final fee application is **March 17, 2015** (*i.e.*, sixty (60) days following the Effective Date). Specifically, Section II.B.1.(b) of the Plan requires the following:

> On or before 60 days after the Effective Date, the entity holding such Professional Fee Claim both Files with the Bankruptcy Court a final fee application or a motion requesting allowance of the fees and serves the application or motion on the Liquidating Trustee and his/her counsel, the Debtors and their counsel (to the extent, if any, that the final fee application is served prior to the Effective Date), the U.S. Trustee, and on all parties listed on the post-Effective Date special service list maintained by the Liquidating Trustee established in accordance with Section VI.H of the Plan.

PLEASE TAKE FURTHER NOTICE that if the rejection of any executory contract or unexpired lease under Section III.A of the Plan gives rise to a Claim by the non-Debtor party or parties to such contract or lease, such Claim shall be forever barred and shall not be enforceable against the Debtors, the Estates, the Liquidating Estates, their successors, or properties unless a Proof of Claim is Filed and served on the Liquidating Trustee on or before **February 15, 2015** (i.e., thirty (30) days after the mailing of notice of the Effective Date).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Confirmation Order, following the Effective Date, other than the Liquidating Trustee and his counsel and the U.S. Trustee, who shall receive notices of all pleadings Filed in the Cases without any further action, all parties-in-interest who wish to receive, or continue to receive, notices of all pleadings filed in the Cases must file a new request for special notice and serve it on the Liquidating Trustee and his counsel and the U.S. Trustee. The Liquidating Trustee shall maintain and keep current the post-Effective Date special notice list, and make it available to all parties-in-interest upon written request. All pleadings, notices and other papers filed in these Cases following the Effective Date (other than the notice of Effective Date) must be served on the parties on the post-Effective Date special notice list maintained by the Liquidating Trustee and any party affected thereby and no other or further notice shall be required.

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to obtain a copy of the Confirmation Order may obtain such copy: (i) at www.upshotservices.com by clicking on "DynaVox Inc., *et al.*"; or (ii) by contacting Michelle M. Dero, Paralegal, Chipman Brown Cicero & Cole, LLP, 1007 North Orange Street, Suite 1110, Wilmington, Delaware 19801; (302) 468-4591; dero@chipmanbrown.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov, by following the directions for accessing the ECF system on such site.

Dated: January 16, 2015
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_____
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:        chipman@chipmanbrown.com
           olivere@chipmanbrown.com

-and-

Paul J. Battista
Heather L. Harmon
**GENOVESE JOBLOVE & BATTISTA P.A.**
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:    (305) 349-2300
Facsimile:    (305) 349-2310
Email:        pbattista@gjb-law.com
           hharmon@gjb-law.com

*Counsel for the Reorganized Debtors*