## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DynaVox Liquidating Estates, | Case No. 14-10791 (LSS) |
| Reorganized Debtors. | Jointly Administered |
| | **Objection Deadline: November 7, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: November 14, 2016 at 11:30 a.m. (ET)** |

## <u>APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT</u>

SONEET R. KAPILA, as liquidating trustee ("**Liquidating Trustee**") of the DynaVox Liquidating Estates ("**Liquidating Estates**"), created pursuant to that certain Liquidating Estates Agreements (the "**Liquidating Estates Agreement**") dated as of January 26, 2015, entered into by DynaVox Inc., DynaVox Systems Holdings LLC and DynaVox Intermediate LLC (collectively, the "**Debtors**") and the Liquidating Trustee, hereby submits this Application to Pay Combined Unclaimed Check Into The Court and respectfully represents as follows:

1.      On April 6, 2014, DynaVox Intermediate LLC ("**Intermediate**") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  On April 7, 2014, DynaVox Inc. ("**DynaVox Inc.**") and DynaVox Systems Holdings LLC ("**Systems Holdings**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Court (collectively with April 6, 2014, the "**Petition Date**").

2.      All administrative expenses and Distributions to creditors and equity security holders have been made, however, several of those checks remain uncashed (collectively, the "**Unclaimed Distributions**").

3.     This Court entered a Final Decree for DynaVox Inc. on June 24, 2016 [Docket No. 394].

4.     All US Trustee related to the Unclaimed Distributions have been paid.

5.     The Unclaimed Distributions listed below were not cashed and not returned as undeliverable.  The Liquidating Trustee exhausted every effort to encourage the persons named below to cash their checks or request a replacement check:

| Check Number | Claimant Name | Claim Type | Amount |
|---|---|---|---|
| 1183 | Delaware Secretary of State | Administrative Claim | $300.00 |
| 1184 | Delaware Secretary of State | Administrative Claim | $300.00 |
| 1197 | Larry Stephens | Equity Security Holder | $5,293.15 |
| | | **TOTAL** | **$5,893.15** |

6.     The total amount represents those returned or uncashed funds that the Liquidating Trustee respectfully requests permission to make payable to the Clerk of Court for deposit in the Court's Registry.

*[Signature Page to Follow]*

WHEREFORE, the Liquidating Trustee respectfully requests the Court's permission to make payable to the Clerk of Court, the total amount of returned or uncashed funds of $5,893.15 to the Court's Registry.

Dated: October 14, 2016
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_____/s/ William E. Chipman, Jr._____
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware  19801
Telephone:     (302) 295-0193
Facsimile:     (302) 295-0199
Email:         chipman@chipmanbrown.com
               olivere@chipmanbrown.com

         ~and~

**GENOVESE JOBLOVE & BATTISTA, P.A.**
Paul J. Battista (Fla. Bar No. 884126)
Heather L. Harmon (Fla. Bar No. 13192)
   (Admitted _Pro Hac Vice_)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone:     (305) 349-2300
Facsimile:     (305) 349-2310)
Email:         pbattista@gjb-law.com
               hharmon@gjb-law.com

_Co-Counsel to Liquidating Trustee_