# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DynaVox Liquidating Estates,<br><br>            Reorganized Debtors. | Chapter 11<br><br>Case No. 14-10791 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline: November 7, 2016 at 4:00 p.m. (ET)**<br>**Hearing Date: November 14, 2016 at 11:30 a.m. (ET)** |

## NOTICE OF APPLICATION AND HEARING

**PLEASE TAKE NOTICE** that, on October 14, 2016, Soneet R. Kapila, as liquidating trustee (the "**Liquidating Trustee**") of the DynaVox Liquidating Estates, filed the *Application to Pay Combined Unclaimed Check into the Court* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections and other responses to the Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801 and served upon the undersigned counsel to the Liquidating Trustee so as to be received **no later than 4:00 p.m. (prevailing Eastern Time) on November 7, 2016.**

**PLEASE TAKE FURTHER NOTICE** that, if objections or responses are timely filed and served in accordance with this notice, a hearing on the Application will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, **on November 14, 2016 at 11:30 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 14, 2016          **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

                                                  /s/ William E. Chipman, Jr.
                                     William E. Chipman, Jr. (No. 3818)
                                     Mark D. Olivere (No. 4291)
                                     Hercules Plaza
                                     1313 North Market Street, Suite 5400
                                     Wilmington, Delaware 19801
                                     Telephone:    (302) 295-0193
                                     Facsimile:    (302) 295-0199
                                     Email:         chipman@chipmanbrown.com
                                                            olivere@chipmanbrown.com

                                                                          ~and~

**GENOVESE JOBLOVE & BATTISTA, P.A.**
Paul J. Battista (Fla. Bar No. 884126)
Heather L. Harmon (Fla. Bar No. 13192)
   (Admitted *Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone:   (305) 349-2300
Facsimile:   (305) 349-2310)
Email:   pbattista@gjb-law.com
           hharmon@gjb-law.com

*Co-Counsel to Liquidating Trustee*