# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DynaVox Liquidating Estates, | Case No. 14-10791 (LSS) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. No. __401__ |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

Upon the Application (the "**Application**") to Pay Combined Unclaimed Check into the Court filed by Soneet R. Kapila, as liquidating trustee ("**Liquidating Trustee**") of the DynaVox Liquidating Estates ("**Liquidating Estates**"); and it appearing that the notice of the Application provided is appropriate and sufficient under the circumstances and that no other or further notice need be given; and it appearing that the relief requested is in the best interests of the Liquidating Estates, their creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore:

**IT IS ORDERED** that the Trustee shall pay the Unclaimed Distributions, as defined in the Application, in the amount of $5,893.15 to the Clerk of the United States Bankruptcy Court for the District of Delaware.

Dated: __November 10__, 2016
Wilmington, Delaware

_____
Honorable Laurie Selber Silverstein
United States Bankruptcy Court